# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daniel Douglas Campbell dba CampbellCreative** | **BK NO. 25-00522 HWV** |
|       Laura Jean Campbell dba Laura J. Campbell | Chapter 13 |
|            **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
04 Mar 2025, 15:11:18, EST

                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322