

**Daniel Douglas Campbell**
**2060 Claredon St**
**Camp Hill, PA 17011**

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Campbell, Daniel Douglas | 00601085 | 24 | 12/16/24 - 12/31/24 | 777407 | $2,133.33 |
| **Filing Status:** | Married Filing Jointly | **Exemptions:** 0 | | **Add'l Withholding:** | |
| **School District:** | CU-CAMP HILL S D-CAMP HILL BOR | | | | |

*Pay Stub Summary* | | | | *Current* | *YTD* |
|---|---|---|---|---|---|
| Check/Deposit Date: | | | | Dec 30, 2024 | 2024 |
| Gross Amount: | | | | 2,731.04 | 65,474.16 |
| Total Employee Deductions: | | | | 597.71 | 14,289.72 |
| Net Amount: | | | | 2,133.33 | 51,184.44 |
| Total Employer Contributions: | | | | 1,037.40 | 24,885.29 |

*Check or Direct Deposit*

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---|
| 777407 | Direct Deposit | Santander Bank | Checking | 2,133.33 |

*Earnings*

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | | | 2,731.04 |

*Benefits or Deductions*

| Type | Employee Current | Employee YTD | Employer Current | Employer YTD | Applicable Gross Pay Current | Applicable Gross Pay YTD |
|---|---|---|---|---|---|---|
| Medical (Highmark Blue Shield) | 98.32 | 2,321.08 | 817.04 | 18,135.96 | 2,731.04 | 64,474.16 |
| United Concordia | 6.00 | 124.00 | 23.23 | 560.52 | 2,731.04 | 64,474.16 |
| Health Savings Account | 50.00 | 900.00 | .00 | 1,200.00 | 2,731.04 | 65,474.16 |
| FICA Social Security Tax | 159.76 | 3,853.13 | 159.76 | 3,853.13 | 2,576.72 | 62,147.28 |
| FICA Medicare Tax | 37.37 | 901.14 | 37.37 | 901.14 | 2,576.72 | 62,147.28 |
| Federal Income Tax | .00 | 263.78 | .00 | .00 | 2,576.72 | 62,147.28 |
| State Income Tax-PA | 79.11 | 1,907.45 | .00 | .00 | 2,576.72 | 62,129.08 |
| PA Unemployment Tax | 1.91 | 45.74 | .00 | .00 | 2,731.04 | 65,474.16 |
| PA Local Income Tax (Co-Me) | 51.53 | 1,242.52 | .00 | .00 | 2,576.72 | 62,129.08 |
| Local Services Tax | 2.09 | 52.00 | .00 | .00 | 2,731.04 | 65,474.16 |
| The Standard Loan Repayment (Post-Tax) | 111.62 | 2,678.88 | .00 | .00 | 2,731.04 | 65,474.16 |



**Daniel Douglas Campbell**
**2060 Claredon St**
**Camp Hill, PA 17011**

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Campbell, Daniel Douglas | 00601085 | 2 | 01/16/25 - 01/31/25 | 779652 | $2,133.27 |
| **Filing Status:** | Married Filing Jointly | **Exemptions:** 0 | | **Add'l Withholding:** | |
| **School District:** | CU-CAMP HILL S D-CAMP HILL BOR | | | | |

### Pay Stub Summary

| | Current | YTD |
|---|---|---|
| Check/Deposit Date: | Jan 30, 2025 | 2025 |
| Gross Amount: | 2,731.04 | 5,462.08 |
| Total Employee Deductions: | 597.77 | 1,195.68 |
| Net Amount: | 2,133.27 | 4,266.40 |
| Total Employer Contributions: | 1,037.38 | 2,093.38 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---|
| 779652 | Direct Deposit | Santander Bank | Checking | 2,133.27 |

### Earnings

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | | | 2,731.04 |

### Benefits or Deductions

| Type | Employee Current | Employee YTD | Employer Current | Employer YTD | Applicable Gross Pay Current | Applicable Gross Pay YTD |
|---|---|---|---|---|---|---|
| Medical (Highmark Blue Shield) | 98.32 | 196.64 | 817.04 | 1,634.08 | 2,731.04 | 5,462.08 |
| United Concordia | 6.00 | 12.00 | 23.23 | 46.46 | 2,731.04 | 5,462.08 |
| Health Savings Account | 50.00 | 100.00 | .00 | .00 | 2,731.04 | 5,462.08 |
| FICA Social Security Tax | 159.75 | 319.61 | 159.75 | 319.61 | 2,576.72 | 5,155.04 |
| FICA Medicare Tax | 37.36 | 74.75 | 37.36 | 74.75 | 2,576.72 | 5,155.04 |
| State Income Tax-PA | 79.11 | 158.22 | .00 | .00 | 2,576.72 | 5,153.44 |
| PA Unemployment Tax | 1.91 | 3.82 | .00 | .00 | 2,731.04 | 5,462.08 |
| PA Local Income Tax (Co-Me) | 51.53 | 103.06 | .00 | .00 | 2,576.72 | 5,153.44 |
| Local Services Tax | 2.17 | 4.34 | .00 | .00 | 2,731.04 | 5,462.08 |
| The Standard Loan Repayment (Post-Tax) | 111.62 | 223.24 | .00 | .00 | 2,731.04 | 5,462.08 |



**Daniel Douglas Campbell**
**2060 Claredon St**
**Camp Hill, PA 17011**

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Campbell, Daniel Douglas | 00601085 | 1 | 01/01/25 - 01/15/25 | 778789 | $2,133.13 |

| **Filing Status:** | Married Filing Jointly | **Exemptions:** | 0 | **Add'l Withholding:** | |
|---|---|---|---|---|---|
| **School District:** | CU-CAMP HILL S D-CAMP HILL BOR | | | | |

### *Pay Stub Summary*

| | *Current* | *YTD* |
|---|---:|---:|
| **Check/Deposit Date:** | *Jan 15, 2025* | *2025* |
| **Gross Amount:** | 2,731.04 | 2,731.04 |
| **Total Employee Deductions:** | 597.91 | 597.91 |
| **Net Amount:** | 2,133.13 | 2,133.13 |
| **Total Employer Contributions:** | 1,056.00 | 1,056.00 |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---:|
| 778789 | Direct Deposit | Santander Bank | Checking | 2,133.13 |

### *Earnings*

| Type | Hours | Rate | Amount |
|---|---|---|---:|
| Regular Pay | | | 2,731.04 |

### *Benefits or Deductions*

| | Employee | | Employer | | Applicable Gross Pay | |
|---|---:|---:|---:|---:|---:|---:|
| **Type** | **Current** | **YTD** | **Current** | **YTD** | **Current** | **YTD** |
| Medical (Highmark Blue Shield) | 98.32 | 98.32 | 817.04 | 817.04 | 2,731.04 | 2,731.04 |
| United Concordia | 6.00 | 6.00 | 23.23 | 23.23 | 2,731.04 | 2,731.04 |
| Health Savings Account | 50.00 | 50.00 | .00 | .00 | 2,731.04 | 2,731.04 |
| FICA Social Security Tax | 159.86 | 159.86 | 159.86 | 159.86 | 2,578.32 | 2,578.32 |
| FICA Medicare Tax | 37.39 | 37.39 | 37.39 | 37.39 | 2,578.32 | 2,578.32 |
| State Income Tax-PA | 79.11 | 79.11 | .00 | .00 | 2,576.72 | 2,576.72 |
| PA Unemployment Tax | 1.91 | 1.91 | .00 | .00 | 2,731.04 | 2,731.04 |
| PA Local Income Tax (Co-Me) | 51.53 | 51.53 | .00 | .00 | 2,576.72 | 2,576.72 |
| Local Services Tax | 2.17 | 2.17 | .00 | .00 | 2,731.04 | 2,731.04 |
| Group Term Life Insurance (UNUM) | .00 | .00 | 5.61 | 5.61 | 2,731.04 | 2,731.04 |
| Accidental Death & Dismemberment (UNUM) | .00 | .00 | 1.06 | 1.06 | 2,731.04 | 2,731.04 |
| Long-Term Disability (UNUM) | .00 | .00 | 9.01 | 9.01 | 2,731.04 | 2,731.04 |
| Short Term Disability Insurance (UNUM) | .00 | .00 | 2.80 | 2.80 | 2,731.04 | 2,731.04 |
| The Standard Loan Repayment (Post-Tax) | 111.62 | 111.62 | .00 | .00 | 2,731.04 | 2,731.04 |



**Daniel Douglas Campbell**
**2060 Claredon St**
**Camp Hill, PA 17011**

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Campbell, Daniel Douglas | 00601085 | 23 | 12/01/24 - 12/15/24 | 775774 | $3,005.25 |
| **Filing Status:** | Married Filing Jointly | **Exemptions:** | 0 | **Add'l Withholding:** | |
| **School District:** | CU-CAMP HILL S D-CAMP HILL BOR | | | | |

*Pay Stub Summary*

| | Current | YTD |
|---|---|---|
| **Check/Deposit Date:** | Dec 13, 2024 | 2024 |
| **Gross Amount:** | 3,731.04 | 62,743.12 |
| **Total Employee Deductions:** | 725.79 | 13,692.01 |
| **Net Amount:** | 3,005.25 | 49,051.11 |
| **Total Employer Contributions:** | 1,132.48 | 23,847.89 |

*Check or Direct Deposit*

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---|
| 775774 | Direct Deposit | Santander Bank | Checking | 3,005.25 |

*Earnings*

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Addl Special Rate / Temp Pay | 1.00 | | 1,000.00 |
| Regular Pay | | | 2,731.04 |

*Benefits or Deductions*

| | Employee | | Employer | | Applicable Gross Pay | |
|---|---|---|---|---|---|---|
| Type | Current | YTD | Current | YTD | Current | YTD |
| Medical (Highmark Blue Shield) | 98.32 | 2,222.76 | 817.04 | 17,318.92 | 2,731.04 | 61,743.12 |
| United Concordia | 6.00 | 118.00 | 23.23 | 537.29 | 2,731.04 | 61,743.12 |
| Health Savings Account | 50.00 | 850.00 | .00 | 1,200.00 | 3,731.04 | 62,743.12 |
| FICA Social Security Tax | 221.85 | 3,693.37 | 221.85 | 3,693.37 | 3,578.32 | 59,570.56 |
| FICA Medicare Tax | 51.88 | 863.77 | 51.88 | 863.77 | 3,578.32 | 59,570.56 |
| Federal Income Tax | .00 | 263.78 | .00 | .00 | 3,578.32 | 59,570.56 |
| State Income Tax-PA | 109.81 | 1,828.34 | .00 | .00 | 3,576.72 | 59,552.36 |
| PA Unemployment Tax | 2.61 | 43.83 | .00 | .00 | 3,731.04 | 62,743.12 |
| PA Local Income Tax (Co-Me) | 71.53 | 1,190.99 | .00 | .00 | 3,576.72 | 59,552.36 |
| Local Services Tax | 2.17 | 49.91 | .00 | .00 | 3,731.04 | 62,743.12 |
| Group Term Life Insurance (UNUM) | .00 | .00 | 5.61 | 73.54 | 2,731.04 | 32,237.08 |
| Accidental Death & Dismemberment (UNUM) | .00 | .00 | 1.06 | 12.52 | 2,731.04 | 32,237.08 |
| Long-Term Disability (UNUM) | .00 | .00 | 9.01 | 124.06 | 2,731.04 | 32,237.08 |
| Short Term Disability Insurance (UNUM) | .00 | .00 | 2.80 | 24.42 | 2,731.04 | 32,237.08 |
| The Standard Loan Repayment (Post-Tax) | 111.62 | 2,567.26 | .00 | .00 | 3,731.04 | 62,743.12 |