IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
   DANIEL DOUGLAS CAMPBELL : CASE NO1-25-BK-00522-HWV
   LAURA JEAN CAMPBELL, :
      Debtors :
=====================================================================
THE BOROUGH OF CAMP HILL, :
     MOVANT :
:
and :
:
DANIEL DOUGLAS CAMPBELL :
LAURA JEAN CAMPBELL, :
JACK N. ZAHAROPOULOS, Chapter 13 Trustee, :
     RESPONDENTS :

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for The Borough of Camp Hill, a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Kimberly A. Bonner, Esquire
JSDC Law Offices
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
(717) 533-3280

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

        JSDC Law Offices

By: /s/ Kimberly A. Bonner, Esquire
Kimberly A. Bonner, Esquire
Supreme Court I.D. #89705
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
Phone: (717) 533-3280
E-mail: kab@jsdc.com.
*Attorneys for Movant*

Date: March 20, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DANIEL DOUGLAS CAMPBELL | : | CASE NO1-25-BK-00522-HWV |
| LAURA JEAN CAMPBELL, | : | |
| Debtors | : | |

===============================================================

| | |
|---|---|
| THE BOROUGH OF CAMP HILL, | : |
| MOVANT | : |
| | : |
| and | : |
| | : |
| DANIEL DOUGLAS CAMPBELL | : |
| LAURA JEAN CAMPBELL, | : |
| JACK N. ZAHAROPOULOS, Chapter 13 Trustee, | : |
| RESPONDENTS | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served on the following this 20th day of March, 2025, via ECF Notification:

John M. Hyams, Esquire.　　　　　　　　　Jack N. Zaharopoulos, Trustee
2023 N. 2nd Street　　　　　　　　　　　　8125 Adams Drive, Suite A
Harrisburg, PA 17102　　　　　　　　　　　Hummelstown, PA 17036

　　　　　　　　　　JSDC Law Offices

　　　　　　By:　/s/ Kimberly A. Bonner, Esquire
　　　　　　　　　Kimberly A. Bonner, Esquire
　　　　　　　　　Supreme Court I.D. #89705
　　　　　　　　　11 E. Chocolate Avenue, Suite 300
　　　　　　　　　Hershey, PA 17033
　　　　　　　　　Phone: (717) 533-3280
　　　　　　　　　E-mail: kab@jsdc.com.
　　　　　　　　　*Attorneys for Movant*

Date: March 20, 2025