UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|   DANIEL DOUGLAS CAMPBELL : | |
|   LAURA JEAN CAMPBELL : | CHAPTER 13 |
|     Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
|   STANDING CHAPTER 13 TRUSTEE : | CASE NO. 1-25-bk-00522 |
|     Movant : | |
| : | |
| DANIEL DOUGLAS CAMPBELL : | |
| LAURA JEAN CAMPBELL : | |
|     Respondent : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 10th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. §1322(a)(1) and §1325(b) in that the Debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and therefore avers that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

   a. Charitable contributions. Trustee requests verification of same.

2. Statement of Financial Affairs #14 lacks description.

3. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
   a. Debtor(s) has not provided to Trustee pay stubs for the month(s) of February and March 2025 for Debtor #1.
   b. Debtor(s) has not provided to Trustee a copy of Debtor(s)' credit report.

4. The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan as to Bridgecrest Acceptance Corp.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s)' Plan.
b. Dismiss or convert Debtor(s)' case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

2

# CERTIFICATE OF SERVICE

       AND NOW, this 10th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102-

                                           /s/Tammy Life
                                           Office of Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee