United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00522-HWV
Daniel Douglas Campbell  Chapter 13
Laura Jean Campbell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Apr 10, 2025      Form ID: ntcnfhrg      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Douglas Campbell, Laura Jean Campbell, 2060 Claredon St., Camp Hill, PA 17011-3827 |
| aty | + | The Borough of Camp Hill, Kimberly A. Bonner, 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5692556 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, ATTN Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108-4354 |
| 5692567 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 5692570 | + | The Borough of Camp Hill, 2145 Walnut St., Camp Hill, PA 17011-3830 |
| 5697192 | + | The Borough of Camp Hill, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 5692571 | | Total Card Bank of Missouri, Greenville, SC 29602 |
| 5692574 | | WEBBANK PAYPAL, Greenville, SC 29602 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5696867 | + | Email/Text: famc-bk@1stassociates.com | Apr 10 2025 18:58:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5692551 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 10 2025 18:58:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5692552 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 10 2025 18:57:24 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5692553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 19:14:40 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5692554 | ^ | MEBN | Apr 10 2025 18:55:11 | Celtic Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5692555 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2025 18:58:00 | Credit One Bank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5692575 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 10 2025 18:57:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5692557 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2025 19:14:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5692558 | ^ | MEBN | Apr 10 2025 18:55:46 | Fortiva Credit Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5692576 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 18:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5692559 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2025 18:58:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 200 14th Ave E, Sartell, MN 56377-4500 |
| 5692560 | | Email/Text: inchargehq@westcreekfin.com | Apr 10 2025 18:58:00 | Koalafi, Attn: Bankruptcy, PO Box 5518, Glen Allen, VA 23058-5518 |
| 5693266 | + | Email/Text: inchargehq@westcreekfin.com | Apr 10 2025 18:58:00 | Koalafi, 424 Hull St Suite 600, Richmond, VA 23224-4114 |
| 5692561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 19:04:17 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5694723 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 19:04:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5692562 | + | Email/Text: bknotification@loandepot.com | Apr 10 2025 18:58:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 5692563 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 19:04:13 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5696797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2025 19:04:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5692564 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2025 19:04:19 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5692565 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2025 18:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5700616 | + | Email/PDF: cbp@omf.com | Apr 10 2025 19:04:24 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5692566 | | Email/PDF: cbp@omf.com | Apr 10 2025 19:04:23 | Onemain Financial, Attn: Bankruptcy, PO Box 142, Evansville, IN 47701-0142 |
| 5692579 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2025 18:58:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5692577 | | Email/Text: fesbank@attorneygeneral.gov | Apr 10 2025 18:57:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5692568 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 10 2025 18:57:24 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5692569 | | Email/Text: bkfilings@zwickerpc.com | Apr 10 2025 18:58:00 | Synchrony Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5692572 | | Email/Text: bankruptcydepartment@tsico.com | Apr 10 2025 18:58:00 | Transworld, ATTN Bankruptcy TRANSWORLD SYSTEMS INC., PO Box 15130, Wilmington, DE 19850-5130 |
| 5692578 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 10 2025 18:57:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5693267 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 10 2025 19:14:56 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5692580 | ^ | MEBN | Apr 10 2025 18:56:15 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5692573 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 10 2025 18:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 5701830 | + | Email/Text: bknotification@loandepot.com | Apr 10 2025 18:57:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Daniel Douglas Campbell jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Laura Jean Campbell jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kimberly A Bonner | on behalf of Attorney The Borough of Camp Hill kab@jsdc.com jnr@jsdc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Daniel Douglas Campbell, dba CampbellCreative, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:25−bk−00522−HWV |
| Laura Jean Campbell, dba Laura J. Campbell, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 7, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 14, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 10, 2025 |

ntcnfhrg (08/21)