IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | DANIEL DOUGLAS CAMPBELL | § | Case Number: | 25-00522-HWV-13 |
| | LAURA JEAN CAMPBELL | § | | |
| | Debtor(s) | § | Chapter: | 13 |

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i)   all notices given or required to be given in the case; and

(ii)   all pleadings and correspondence served or required to be served in this case,

regarding Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX7201
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for Bridgecrest Credit Company, LLC as Agent
and Servicer for Carvana, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(469)342-1844, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1715598