# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: Daniel Douglas Campbell  　　　　　　　　　　Case # 25-00522
　　　　Laura Jean Campbell

　　　　　　　　　　　　　　　　　　　　　　　　　　Claim # 21

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. hereby withdraws Proof of Claim number 21 dated May 5, 2025.

Dated: May 5, 2025

　　　　　　　　　　　　　　　　　　/s/ Angela Walmsley
　　　　　　　　　　　　　　　　　　Lead Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　Midland Credit Management, Inc.
　　　　　　　　　　　　　　　　　　PO Box 2037
　　　　　　　　　　　　　　　　　　Warren, MI 48090
　　　　　　　　　　　　　　　　　　Phone: 877-495-2902
　　　　　　　　　　　　　　　　　　Fax: 866-818-1718
　　　　　　　　　　　　　　　　　　Email: bankruptcydm@mcmcg.com