# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DANIEL DOUGLAS CAMPBELL<br>LAURA JEAN CAMPBELL | CASE NO: 25-00522<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/10/2025, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/10/2025

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 25-00522 |
| DANIEL DOUGLAS CAMPBELL<br>LAURA JEAN CAMPBELL | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/10/2025, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/10/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                                                    EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING      (P)ATLAS ACQUISITIONS LCC             ~~(U)BRIDGECREST CREDIT COMPANY   LLC AS~~
NCRS ADDRESS DOWNLOAD                  492C CEDAR LANE SUITE 442              ~~AGENT AND~~
CASE 25-00522                          TEANECK NJ 07666-1713
MIDDLE DISTRICT OF PENNSYLVANIA
TUE JUN 10 7-23-0 PST 2025


                                       EXCLUDE                               EXCLUDE
BRIDGECREST CREDIT COMPANY  LLC AS    ~~(U)LOANDEPOTCOM  LLC~~               ~~(U)MIDLAND CREDIT MANAGEMENT  INC~~
AGENT AND
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901


                                       EXCLUDE                               EXCLUDE
THE BOROUGH OF CAMP HILL              ~~US BANKRUPTCY COURT~~                ~~(D)(P)ATLAS ACQUISITIONS LCC~~
KIMBERLY A BONNER                     ~~SYLVIA H RAMBO US COURTHOUSE~~       ~~492C CEDAR LANE SUITE 442~~
11 E CHOCOLATE AVENUE                 ~~1501 N 6TH STREET~~                  ~~TEANECK NJ 07666-1713~~
SUITE 300                             ~~HARRISBURG   PA 17102-1104~~
HERSHEY  PA 17033-1320


BANK OF MISSOURI                      BRIDGECREST ACCEPTANCE CORP            BRIDGECREST CREDIT COMPANY  LLC AS
2700 S LORRAINE PLACE                 PO BOX 53087                           AGENT
SIOUX FALLS  SD 57106-3657            PHOENIX  AZ 85072-3087                 AIS PORTFOLIO SERVICES  LLC
                                                                             4515 N SANTA FE AVE DEPT APS
                                                                             OKLAHOMA CITY   OK 73118-7901


(P)DEPARTMENT OF LABOR  INDUSTRY      (P)CAINE  WEINER COMPANY               CAPITAL ONE
ATTN OFFICE OF CHIEF COUNSEL          12005 FORD ROAD 300                    ATTN BANKRUPTCY
651 BOAS STREET 10TH FLOOR            DALLAS TX 75234-7262                   PO BOX 30285
HARRISBURG PA 17121-0751                                                     SALT LAKE CITY  UT 84130-0285


CARVANA  LLC  BRIDGECREST CO AIS      CELTIC BANK                            CREDIT ONE BANK NA
PORTFOLIO                             320 E BIG BEAVER RD                    320 E BIG BEAVER RD
4515 N SANTA FE AVE DEPT APS          TROY  MI 48083-1238                    TROY  MI 48083-1238
OKLAHOMA CITY   OK 73118-7901


(P)ECSI FEDERAL PERKINS LOAN SERVICER FIRST PREMIER BANK                     FORTIVA CREDIT CARD
ATTN DEPARTMENT OF EDUCATION          3820 N LOUISE AVE                      200 14TH AVE E
1200 CHERRINGTON PARKWAY              SIOUX FALLS  SD 57107-0145             SARTELL  MN 56377-4500
SUITE 200
MOON TWP PA 15108-4354


INTERNAL REVENUE SERVICE              (P)JEFFERSON CAPITAL SYSTEMS LLC       JEFFERSON CAPITAL SYSTEMS  LLC
PO BOX 7346                           PO BOX 7999                            ATTN BANKRUPTCY
PHILADELPHIA  PA 19101-7346           SAINT CLOUD MN 56302-7999              200 14TH AVE E
                                                                             SARTELL  MN 56377-4500


KOALAFI                               KOALAFI                                KOHLS
424 HULL ST SUITE 600                 ATTN BANKRUPTCY                        ATTN CREDIT ADMINISTRATOR
RICHMOND  VA 23224-4114               PO BOX 5518                            PO BOX 3043
                                      GLEN ALLEN  VA 23058-5518              MILWAUKEE  WI 53201-3043
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LOANDEPOT<br>ATTN BANKRUPTCY<br>26642 TOWNE CTR<br>FOOTHILL RANCH CA 92610-2808 | LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | ONEMAIN FINANCIAL GROUP LLC<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE IN 47701-0142 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PPL ELECTRIC UTILITIES<br>PO BOX 25222<br>LEHIGH VALLEY PA 18002-5222 |
| PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PENNSYLVANIA AMERICAN WATER<br>PO BOX 2798<br>CAMDEN NJ 08101-2700 | PROGRESSIVE<br>PO BOX 55848<br>SHERMAN OAKS CA 91413-0848 |
| SYNCHRONY BANK<br>320 E BIG BEAVER RD<br>TROY MI 48083-1238 | THE BOROUGH OF CAMP HILL<br>2145 WALNUT ST<br>CAMP HILL PA 17011-3830 | THE BOROUGH OF CAMP HILL<br>CO KIMBERLY A BONNER ESQUIRE<br>JSDC LAW OFFICES<br>11 E CHOCOLATE AVENUE<br>SUITE 300<br>HERSHEY PA 17033-1320 |
| TOTAL CARD BANK OF MISSOURI<br>GREENVILLE SC 29602 | TRANSWORLD<br>ATTN BANKRUPTCY TRANSWORLD SYSTEMS INC<br>PO BOX 15130<br>WILMINGTON DE 19850-5130 | (P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |
| VERIZON<br>VERIZON WIRELESS BK ADMIN<br>500 TECHNOLOGY DR<br>STE 550<br>WELDON SPRING MO 63304-2225 | WEBBANK PAYPAL<br>GREENVILLE SC 29602 | LOANDEPOTCOM LLC<br>5465 LEGACY DRIVE SUITE 400<br>PLANO TX 75024-3192 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
~~DANIEL DOUGLAS CAMPBELL~~
~~2060 CLAREDON ST~~
~~CAMP HILL, PA 17011-3827~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~1007 N FRONT STREET~~
~~SUITE 3 SOUTH~~
~~HARRISBURG, PA 17102-3320~~

EXCLUDE
~~LAURA JEAN CAMPBELL~~
~~2060 CLAREDON ST~~
~~CAMP HILL, PA 17011-3827~~