UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     DANIEL DOUGLAS CAMPBELL, | : |
|     D/B/A CAMPBELL CREATIVE and | : |
|     LAURA JEAN CAMPBELL, A/K/A | : |
|     LAURA J. CAMPBELL, | : |
|         Debtors | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
|     Movant | : |
| | : |
|     vs. | : |
| | : |
| DANIEL DOUGLAS CAMPBELL, | : |
| D/B/A CAMPBELL CREATIVE and | : |
| LAURA JEAN CAMPBELL, A/K/A | : |
| LAURA J. CAMPBELL, | : |
|     Respondents | : CASE NO. 1-25-bk-00522-HWV |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 16th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

    1.    Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

        a.  Debtors have not provided Trustee paystubs for the months of February and March 2025 for Debtor #1.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtors' Plan;
b. dismiss or convert Debtors' case; and
c. provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
    Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 16th day of July 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

John M. Hyams, Esquire
Law Offices of John M. Hyams
2023 North 2nd Street
Suite 203
Harrisburg, PA 17102

                                    /s/ Derek M. Strouphauer, Paralegal
                                    Office of Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee