UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DANIEL DOUGLAS CAMPBELL, <br>     LAURA JEAN CAMPBELL, <br>       Debtor(s) | : <br> : <br> : <br> : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS <br> STANDING CHAPTER 13 TRUSTEE <br>       Movant | : <br> : <br> : <br> : | |
| vs. | : <br> : | |
| DANIEL DOUGLAS CAMPBELL, <br> LAURA JEAN CAMPBELL, <br>       Respondent(s) | : <br> : <br> : | CASE NO.   1-25-bk-00522-HWV |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
FIRST AMENDED CHAPTER 13 PLAN

AND NOW, on this 29th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 16, 2025, be withdrawn as all issues have been resolved.

                                        Respectfully submitted:

                                      /s/Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

## CERTIFICATE OF SERVICE

    AND NOW, this 29th day of July 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Matthew Hyams
Law Offices of John M. Hyams
1007 N Front Street Suite 3 South
Harrisburg, PA 17102

                /s/Ashley Schott_____
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee