United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 25-00522-HWV

Daniel Douglas Campbell                                            Chapter 13

Laura Jean Campbell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Oct 09 2025 18:43:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 5716786 | + | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Oct 09 2025 18:43:00 | Pennsylvania American Water, PO Box 2798, Camden, NJ 08101-2700 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Trachtman | |
| | on behalf of Creditor Bridgecrest Credit Company  LLC as Agent and Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |

John Matthew Hyams
                          on behalf of Debtor 1 Daniel Douglas Campbell jmh@johnhyamslaw.com
                          acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best
                          case.com

John Matthew Hyams
                          on behalf of Debtor 2 Laura Jean Campbell jmh@johnhyamslaw.com
                          acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best
                          case.com

Kimberly A Bonner
                          on behalf of Attorney The Borough of Camp Hill kab@jsdc.com  jnr@jsdc.com

Matthew K. Fissel
                          on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
                          ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **DANIEL DOUGLAS CAMPBELL** | : | **CASE NO. 1:25-bk-00522-HWV** |
| **dba CAMPBELL CREATIVE** | : | |
| **LAURA JEAN CAMPBELL** | : | |
| **aka LAURA J CAMPBELL** | : | |
| Debtor | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, TRUSTEE** | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| **PENNSYLVANIA AMERICAN WATER** | : | |
| | : | |
| | : | |
| Claimant | : | |

### ORDER

Upon consideration of the Trustee's Objection to Claim #25 filed by Pennsylvania American Water, Doc. 44, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #25 is disallowed.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 9, 2025